# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNIQUE SPORTS PRODUCTS, INC.,** a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> **WILSON SPORTING GOODS CO.,** a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION FILE NO. 1:05-CV-1816-JEC** |

## DEFENDANT'S MOTION TO COMPEL
## DISCOVERY FROM PLAINTIFF REGARDING ALLEGED DAMAGES

For the reasons set forth in the accompanying memorandum of law, which is incorporated as if fully restated herein, in accordance with LR 37.1, Defendant Wilson Sporting Goods Co. ("Wilson") moves the Court either for an order directing Plaintiff Unique Sports Products, Inc. ("Unique") to produce material Unique has withheld from production despite that materials' responsiveness to mandatory initial disclosures and other discovery requests and to allow Wilson to depose a Unique corporate representative about any material produced or, pursuant to Fed. R. Civ. P. 37(c)(1), for an order directing that Unique may not use such

evidence at any trial, hearing, or motion before the Court. Wilson further requests the Court award it such further relief as the Court deems appropriate under the circumstances.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), N.D. Ga., I hereby certify that this pleading has been prepared in compliance with LR 5.1(B), N.D. Ga., using Times New Roman 14 point type.

Respectfully submitted,

*/s/ Erika C. Birg*
Erika C. Birg
Georgia Bar No. 058140
Attorney for Defendant
Wilson Sporting Goods Co.

SEYFARTH SHAW LLP
One Peachtree Pointe
1545 Peachtree Street, NE
Suite 700
Atlanta, Georgia 30309-2401
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: ebirg@seyfarth.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNIQUE SPORTS PRODUCTS, INC.,** a Georgia corporation,       Plaintiff, v. **WILSON SPORTING GOODS CO.,** a Delaware corporation,       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION FILE NO. 1:05-CV-1816-JEC** |

## **CERTIFICATE OF SERVICE**

This is to certify that on July 13, 2006, I electronically filed DEFENDANT'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF REGARDING ALLEGED DAMAGES with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> James J. Wolfson, Esq.
> Gail Podolsky, Esq.
> GREENBERG TRAURIG, LLP
> 3290 Northside Parkway, Suite 400
> Atlanta, GA 30327

This 13th day of July, 2006.

By: */s/ Erika C. Birg*
Erika C. Birg
Georgia Bar No. 058140
Attorney for Defendant
Wilson Sporting Goods Co.

SEYFARTH SHAW LLP
One Peachtree Pointe
1545 Peachtree Street, NE
Suite 700
Atlanta, Georgia 30309
Telephone:(404) 885-1500
Facsimile: (404) 892-7056
Email: ebirg@seyfarth.com